*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
STEPHENS, ATTANASIO, and DEERWESTER
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Darryl SPEARMAN**
Fireman (E-3), U.S. Navy
*Appellant*

**No. 202100334**

———————————

Decided: 28 March 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Hayes C. Larsen

Sentence adjudged 4 August 2021 by a special court-martial convened at Naval Station Norfolk, Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 8 months, and a bad-conduct discharge.

For Appellant:
*Commander C. Eric Roper, JAGC, USN*

———————————

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

———————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.